**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| Trenisean Bernard and Carolyn Bernard, individually and on behalf of all other Illinois citizens similarly situated, | ) ) ) ) Case No. 22-CV-06418 |
| Plaintiffs, | ) ) ) |
| v. | ) The Honorable Steven C. Seeger |
| Dhaliwal Labs North, LLC, | ) ) ) |
| Defendant. | ) ) |

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

NOW COME the Plaintiffs, Trenisean Bernard and Carolyn Bernard ("Plaintiffs"), by their undersigned attorney, and pursuant to FRCP 41(a)(2)(A)(i) Plaintiffs voluntarily dismiss their individual and putative class action claims against Defendant Dhaliwal Labs North, LLC, where with no answer or summary judgment motion has been filed by Defendant.

*/s/ James C. Vlahakis*
James C. Vlahakis
**Vlahakis Law Group LLC**
20 N. Clark Street, Suite 3300
Chicago IL 60602
jamesv@vlahakislaw.com
312-766-0511 (office)
312-648-6127 (direct)
312-648-6202 (fax)

*Counsel for Plaintiffs Trenisean
Bernard and Carolyn Bernard
and the putative class members*

**Proof of Service**

I certify that on today's date, January 16, 2023, I shall file the above Notice of voluntary Dismissal with the Clerk's ECF filing system which shall cause a copy of this filing to all registered ECF users. Additionally, I shall email a file stamped copy to the following attorneys:

Melissa A. Neubeck, mneubeck@shb.com

Dylan P. Tilbury, dtilbury@shb.com

Erin B Hines, ehines@shb.com


*/s/ James C. Vlahakis*
James C. Vlahakis
**Vlahakis Law Group LLC**
20 N. Clark Street, Suite 3300
Chicago IL 60602
jamesv@vlahakislaw.com
312-766-0511 (office)
312-648-6127 (direct)
312-648-6202 (fax)